UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN HICKMAN and KENNETH SCHNEIDERMAN,

          Plaintiffs,

- against -

ELIZABETH SARTORIO, DOMINICK SARTORIO,
BLUE SPRUCE ASSOCIATES, LLC, MICROPEL
CORPORATION, 71 CAROLYN BLVD., LLC,
ATOMERGIC CHEMETALS CORP. and WILLARD
WAY ASSOCIATES, LLC,

          Defendants.
----------------------------------------------------------------X

Case No. 07-CV-4990
(TCP)(WDW)

Stipulation of Discontinuance
with Prejudice

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for John Hickman, Kenneth Schneiderman, Elizabeth Sartorio and Dominick Sartorio in the above-entitled action, that, whereas no party hereto is an infant or an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the within action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other.

Dated: Hempstead, New York
       October 23, 2014

Wolfe Yukelson, Esq.
Attorneys for Plaintiffs

By: _____
Bruce Yukelson
58 Hilton Avenue
Hempstead, New York 11550
(516) 767-7100

Dated: Garden City, New York
       October 23, 2014

Weinberg, Gross & Pergament LLP
Attorneys for Elizabeth Sartorio and Dominick Sartorio

By: _____
Marc A. Pergament
400 Garden City Plaza, Suite 403
Garden City, New York 11530
(516) 877-2424

Commentary

Blue Spruce Associates, LLC

By: _____

Micropel Corpration

By: _____

71 Carolyn Blvd.

By: _____

Atomergie Chemetals Corp.

By: _____

Willard Way Associates, LLC

By: _____